# United States District Court
# District of Massachusetts

| | |
|---|---|
| DONALD RENKOWIC,<br>    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS, et al.,<br>    Defendants | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>05-30103-MAP<br><br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

 ☒   The clerk is directed to file the complaint.

 ☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

ENTERED on __April 27, 2005__ .

                  /s/ Kenneth P. Neiman
                  KENNETH P. NEIMAN
                  U.S. Magistrate Judge