UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ss.

CIVIL ACTION NUMBER
# _____

05-30103-MAP

DONALD RENKOWIC
    PLAINTIFF.

VS.

STATE OF MASSACHUSETTS, GOVERNER MITT ROMNEY,
COMMONWEALTH OF MASSACHUSETTS, EXECUTIVE OFFICE OF PUBLIC SAFETY,
COMMONWEALTH OF MASSACHUSETTS, SECRETARY OF PUBLIC SAFETY,
ATTORNEY GENERAL OFFICE - TOM REILLY
HAMPSHIRE COUNTY HOUSE OF CORRECTION AND JAIL,
SHERIFF ROBERT GARVEY,
LIEUTENANT JEFFERY FISH,
SERGEANT ANTHONY NEVUE,

                  DEFENDANTS.

### MOTION FOR APPOINTMENT OF COUNSEL

    THE PLAINTIFF DONALD RENKOWIC, PRO SE, HEREBY MOVES THIS COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THE ABOVE ENTITLED ACTION AS GROUNDS THEREFORE , THE PLAINTIFF STATES THAT HE IS INDIGENT, AND FILED AN AFFIDAVIT OF INDIGENCY, IS CURRENTLY INCARCERATED, CONFINED AT THE HAMPSHIRE COUNTY HOUSE OF CORRECTION AND JAIL, THE PLAINTIFF ALSO STATES THAT THE FACILITY HAS HIRED AN OUTSIDE ATTORNEY - PARA-LEGAL TO HELP INMATES WITH THIER CRIMINAL CASES THE ATTORNEY- PARA-LEGAL CAN NOT AND WILL NOT HELP WITH CIVIL ACTIONS AGAINST THE HAMPSHIRE COUNTY HOUSE OF CORRECTION AND JAIL, INCLUDING THE STAFF MEMBERS SO THE PLAINTIFF IS WITHOUT ANY ASSISTANCE INTHE ABOVE MATTERS.

DATE : 4-8-05

                                      RESPECTFULLY SUBMITTED,

                                      DONALD RENKOWIC, PRO SE.
                                      205 ROCKY HILL ROAD
                                      NORTHAMPTON, MASS.
                                                    01061.