UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ss,                              CIVIL ACTION NUMBER
                                                   # _____

DONALD RENKOWIC
         PLAINTIFF.                                05 CV 30103-MAP

VS.

STATE OF MASSACHUSETTS, GOVERNER MITT ROMNEY,
COMMONWEALTH OF MASSACHUSETTS, EXECUTIVE OFFICE OF PUBLIC SAFTEY,
COMMONWEALTH OF MASSACHUSETTS, SECRETARY OF PUBLIC SAFETY,
ATTORNEY GENERAL OFFICE -TOM REILLY
HAMPSHIRE COUNTY HOUSE OF CORRECTION AND JAIL,
SHERIFF ROBERT GARVEY,
LIEUTENANT JEFFERY FISH,
SERGEANT ANTHONY NEVUE,
                                 DEFENDANTS.

## PLAINTIFF;S MOTION FOR SERVICE BY REGULAR FIRST CLASS MAIL

THE PLAINTIFF DONALD RENKOWIC, PRO SE, HEREBY MOVES THIS COURT IN ORDER THAT SERVICE OF COMPLAINT AND OTHER DOCUMENTS BE EFFECTED BY REGULAR FIRST CLASS MAIL, AS GROUNDS THEREFORE : THE PLAINTIFF STATES THAT HE IS A PRISONER CURRENTLY CONFINED AT THE HAMPSHIRE COUNTY HOUSE OF CORRECTION AND JAIL, LOCATED AT 205 ROCKY HILL ROAD, NORTHAMPTON, MASS. 01061 AND IS INDIGENT AS DEMONSTATED BY THE ATTACHED AFFIDAVIT OF INDIGENCY, AND SINCE THE DEFENDANTS WILL NOT MAIL OUT ANY CORRESPONDENCES OF THE PLAINTIFF'S DUE TO THE POLICIES AND PROCEDURES OF THE HAMPSHIRE COUNTY HOUSE OF CORRECTION AND JAIL, CONCERNING INDIGENCY OF THE PLAINTIFF WHICH HE HAS TO BE WITHOUT MONEY FOR (60) SIXTY DAYS PRIOR TO HIS REQUEST FOR INDIGENCY

IN THE ALTERNATIVE THE PLAINTIFF REQUESTS THAT SERVICE BE EFFECTED BY CERTIFIED MAIL.

DATE : 4-8-05

                                                   RESPECTFULLY SUBMITTED,

*[signature]*

DONALD RENKOWIC, PRO SE.
205 ROCKY HILL ROAD
NORTHAMPTON, MASS.
                01061.

## CERTIFICATE OF SERVICE

I, _Donald Renkowic_ PRO SE, HEREBY CERTIFY THAT ON THIS _8th_ DAY OF _April_ 2005, I HAVE SERVED THE FOREGOING DOCUMENTS TO THE DEFENDANT BY MAILING FIRST CLASS, POSTAGE PREPAID, A TRUE COPY OF SAME TO THE FOLLOWING ADDRESS.

ALL Defendants Have Not been served yet as of This date 4-8-05

*[signature]*

DONALD RENKOWIC, PRO SE.
205 ROCKY HILL ROAD
NORTHAMPTON, MASS.  01061.