as of,

DATE : April 18th, 2005

DONALD RENKOWIC
24 CROSS STREET
FLORENCE, MASS.
01062

05-30103-MAP

I AM SENDING YOU THIS LETTER IN REGARDS TO MY ADDRESS CHANGE :

THE FOLLOWING ADDRESS CHANGE IS AS FOLLOWS :

FROM : DONALD RENKOWIC
205 ROCKY HILL ROAD / P.O.BOX 7000
NORTHAMPTON, MASS.
01061

TO : DONALD RENKOWIC
24 CROSS STREET
FLORENCE, MASS.
01062

THANK YOU FOR YOUR TIME AND ATTENTION TO THIS ADDRESS CHANGE.

SINCERELY,

[signature]