UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD RENKOWIC<br>                   Plaintiff,<br>                   v.<br>STATE OF MASSACHUSETTS, Governor Mitt Romney<br>COMMONWEALTH OF MASSACHUSETTS, Executive<br>    Office of Public Safety<br>COMMONWEALTH OF MASSACHUSETTS, Secretary of<br>    Public Safety<br>ATTORNEY GENERALS OFFICE, Tom Reilly<br>HAMPSHIRE HOUSE OF CORRECTION AND JAIL,<br>SHERIFF ROBERT GARVEY,<br>LIEUTENANT JEFFREY FISH,<br>SARGENT ANTHONY NEVUE<br>                   Defendants. | CIVIL ACTION<br>NO. 05-30103-MAP |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the Defendants Commonwealth of Massachusetts (a/k/a State of Massachusetts) and the Office of the Attorney General.

                                     Respectfully submitted,
                                       Commonwealth of Massachusetts
                                       By Its Attorney,

                                       THOMAS F. REILLY
                                       ATTORNEY GENERAL

                                       William P. O'Neill  BBO#379745
                                       Assistant Attorney General
                                       Western Massachusetts Division
                                       1350 Main Street
                                       Springfield, MA 01103-1629
                                       (413)784-1240 FAX: 784-1244