UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD RENKOWIC<br>　　　　　　　　　Plaintiff,<br>　　　　　　　　　v.<br>STATE OF MASSACHUSETTS, Governor Mitt Romney<br>COMMONWEALTH OF MASSACHUSETTS, Executive<br>　　　Office of Public Safety<br>COMMONWEALTH OF MASSACHUSETTS, Secretary of<br>　　　Public Safety<br>ATTORNEY GENERALS OFFICE, Tom Reilly<br>HAMPSHIRE HOUSE OF CORRECTION AND JAIL,<br>SHERIFF ROBERT GARVEY,<br>LIEUTENANT JEFFREY FISH,<br>SARGENT ANTHONY NEVUE<br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-30103-MAP |

## DEFENDANTS' STATE OF MASSACHUSETTS, COMMONWEALTH OF MASSACHUSETTS AND ATTORNEY GENERAL'S OFFICE MOTION TO DISMISS

Pursuant to the provisions of Rule 12 (b)(6) of the Federal Rules of Civil Procedure, the Defendants State of Massachusetts (Governor Mitt Romney), Commonwealth of Massachusetts (Executive Office of Public Safety and Secretary of Public Safety) and the Attorney General's Office (Tom Reilly) move this Court to dismiss the above-entitled action for failure to state a claim upon which relief can be granted.

In support of such Motion, the Defendant states that the Eleventh Amendment of the United States Constitution bars a suit in federal court against a state or its agencies. The Defendants incorporate by reference their Memorandum of Law in Support of their Motion as if expressly set forth herein.

WHEREFORE, the Defendants respectfully request that the above action be dismissed for failure to state a claim upon which relief can be granted.

Respectfully submitted,
Commonwealth of Massachusetts

By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

William P. O'Neill  BBO#379745
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103-1629 do hereby certify that on August 10, 2005, I caused the foregoing Defendants' Motion to Dismiss and the Defendants' Memorandum of Law in Support of Its Motion to Dismiss to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to the Plaintiff *pro se,* 24 Cross Street, Florence, Massachusetts 01062

William P. O'Neill
Assistant Attorney General