UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

Civil Action No# 05-30103 MAP

Donald Renkowic
    Plaintiff,

Vs.

STATE of MASSACHUSETTS, Governor Mitt Romney
Commonwealth of Massachusetts, Executive Office of Public Safety
Commonwealth of Massachusetts, Secretary of Public Safety
Attorney General Office, Tom Reilly
Hampshire House of Correction and Jail
Sheriff Robert Garvey
Lieutenant Jeffery Fish
Sargent Anthoney Nevue
    Defendants.

Plaintiff's Motion to Obtain Transcripts of Hampshire County Superior Criminal Docket Number #2004 CR 123 under his motion to Proceed in the Forma Pauperis under 28 U.S.C. §1915

Now comes the Plaintiff, Donald Renkowic, Pro Se in the above entitled matter who requests the transcripts from the Hampshire County Superior Court Criminal Docket Number #2004 CR 123 for the following reason(s);

1.) The Plaintiff Donald Renkowic, Pro Se, in the above

entitled matter states that the following transcripts of Hampshire County Superior Court criminal docket number #2004CR123 are vital and necessary facts, statements for his upcoming legal action in the United States District Court case docket number #3:05-CV-30103

2.) The Plaintiff Donald Renkowic, is acting Pro Se in his upcoming legal action in the United States District Court due to his incapabilities of obtaining competant counsel to represent him because of his being on a fixed income by the Social Security Department for a back injury and other medical conditions

3.) The Plaintiff Donald Renkowic is unable to pay the Hampshire County Superior Court Stenographers fee's and costs without causing or putting himself in debt or depriving himself or his dependants the necessities of life

4.) The Plaintiff Donald Renkowic states that those transcripts will show actual statements made by the defendants; Hampshire House of Correction and Jail, Lieutenant Jeffery Fish, Sargent Anthony Nevue

Whereby; the Plaintiff Donald Renkowic, Pro Se requests the court to waive those fee's and costs of the Hampshire County Court Stenographer so that he may proceed

effectively in his upcoming legal action in the United States District Court

DATE: 8-15-05

Respectfully Submitted,

Donald Renkowic, Pro Se
24 Cross Street
Florence, Mass.
01062

CERTIFICATE OF SERVICE

I Donald Renkowic, Pro Se, hereby certify that on this ____ day of August, 2005, I have served the foregoing documents to the defendants attorney by mailing first class, postage prepaid, a true copy of same to the following address:

Donald Renkowic, Pro Se