UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

DONALD RENKOWIC

Check if previously referred: _____

V.                                                            CA/CR No.  05-30103

STATE OF MASSACHUSETTS

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge    NEIMAN    for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

          Referred for full pretrial case management, <u>not</u> including dispositive motions:

(B)     Referred for discovery purposes only.

(C)     Referred for Report and Recommendation on:

          (  ) Motion(s) for injunctive relief
          (  ) Motion(s) for judgment on the pleadings
          (  ) Motion(s) for summary judgment
          (  ) Motion(s) to permit maintenance of a class action
          (  ) Motion(s) to suppress evidence
          ( X ) Motion(s) to dismiss
          (  ) Post Conviction Proceedings[1]
          See Documents Numbered:       10,11

(D)     Case referred for events only.  See Doc. No(s).    13

(E)     Case referred for settlement.

(F)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
          (  ) In accordance with Rule 53, F.R.Civ.P.
          (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)     Special Instructions: _____

___05-30103___                              By:    /s/ Elizabeth A. French
Date                                                          Deputy Clerk

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1]    See reverse side of order for instructions