UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD RENKOWIC,<br>          Plaintiff<br>v.<br><br>STATE OF MASSACHUSETTS<br>Governor Mitt Romney,<br>Commonwealth of Massachusetts,<br>Secretary of Public Safety<br>ATTORNEY GENARALS OFFICE, Tom Riley,<br>HAMPSHIRE HOUSE OF CORRECTION<br>AND JAIL,<br>SHERIFF ROBERT J. GARVEY,<br>LIEUTENANT JEFFREY FISH,<br>SARGENT ANTHONY NEVNUE,<br>          Defendants | CIVIL ACTION NO.<br>05-30103-MAP |

## DEFENDANTS' HAMPSHIRE HOUSE OF CORRECTION AND JAIL, SHERIFF ROBERT J. GARVEY, LIEUTENANT JEFFREY FISH AND SARGENT ANTHONY NEVUE'S MOTION TO DISMISS

Now come Defendants Hampshire House of Correction and Jail, Sheriff Robert J. Garvey, Lieutenant Jeffrey Fish and Sargent Anthony Nevue and respectfully move this Court to dismiss the above-entitled action pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. In support of this Motion the Defendants incorporate by reference those arguments set forth in Defendants' State of Massachusetts, Commonwealth of Massachusetts and Attorney General's Office Motion to Dismiss.[1]

---

[1] Since the state take over of the Hampshire Jail and House of Correction in 1998 the Sheriff and his Correctional Officers have become employees of the Commonwealth. M.G.L.A. 34B §§s 5 and 6.

Dated: October 12, 2005

RESPECTFULLY SUBMITTED
THE DEFENDANTS
By their attorney

*[signature]*
Charles M. Maguire
Special Assistant Attorney General
225 Main Street
Northampton, MA 01060
B.B.O.#: 313680
Tel. #: 413-586-2294

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 12, 2005.

*[signature]*
Charles M. Maguire