# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Donald Renkowic | COURT CASE NUMBER: 05-30103-MAP |
| DEFENDANT: Gov. Mitt Romney | TYPE OF PROCESS: Civil |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Gov. Mitt Romney

**AT** ADDRESS: State House, Rm 360, Boston, Mass 02133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donald Renkowic
24 Cross St
Florence, Mass. 01062

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case: Eight
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Pro Se
TELEPHONE NUMBER: 413 584 1765
DATE: 5-3-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 58
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: 6/27/05
Date: 5/6/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Dan Quintal

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/5/05
Time: 10:15 am

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: Mailed to USM Boston MA on 6-21-05 for service.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**