UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC,              )
    Plaintiff              )
                           )
        v.                 )   C.A. NO. 05-30103-MAP
                           )
STATE OF MASSACHUSETTS, ET    )
 AL.,                         )
    Defendants,            )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTIONS TO DISMISS
(Docket Nos. 10, 16 & 19)

March 6, 2006

PONSOR, D.J.

    Plaintiff is a former prisoner who has sued numerous defendants regarding his conditions of confinement. The defendants collectively filed two Motions to Dismiss covering all of Plaintiff's claims.

    The court referred these motions to Magistrate Judge Kenneth P. Neiman for report and recommendation. On February 10, 2006, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that the Motions to Dismiss be allowed. Footnote 2 to the Report and Recommendation advised Plaintiff that if he had any objection to the Report and Recommendation, a written objection should be filed within ten days. Despite this admonition, no objection has been filed.

    Upon <u>de</u> <u>novo</u> review, the court hereby ADOPTS the Report

and Recommendation of Magistrate Judge Kenneth P. Neiman dated February 10, 2006, both because of Plaintiff's failure to object and because of the obvious meritoriousness of the Magistrate Judge's recommended rulings. The group of defendants denominated the "state" defendants are clearly entitled to immunity. The group of individual defendants, the "jail" defendants, are entitled to judgment in the absence of any allegation of a denial of a Constitutional right.

    Having adopted the Magistrate's Judge's Report and Recommendation, the court hereby ALLOWS Defendants' Motions to Dismiss (Docket Nos. 10 & 16). This case may now be closed.

    It is So Ordered.

    /s/ Michael A. Ponsor  
    MICHAEL A. PONSOR  
    U. S. District Judge