# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC,

    Plaintiff(s)

        v.                      CIVIL ACTION NO. 3:05 -30103 -MAP

STATE OF MASSACHUSETTS, ET AL,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants State of Massachusetts, et al, against the plaintiff Donald Renkowic, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated:  March 6, 2006                 By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk